United States District Court
Southern District of Texas
**ENTERED**
February 02, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERMAN SICARD on Behalf of Himself and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-cv-03693 |
| v. | § § | JURY TRIAL DEMANDED |
| NABORS INTERNATIONAL, INC., | § § § | |
| Defendant. | § § | |

## AGREED ORDER

Pending before this Court is the Parties' Joint Motion to Stay this proceeding pending the United States Supreme Court's decision in the consolidated cases of *NLRB v. Murphy Oil USA, Inc.*, No. 16-307 (U.S.); *Epic Systems Corp. v. Lewis*, No. 16-28 (U.S.); and *Ernst & Young LLP v. Morris*, No. 16-300 (U.S.).

Having considered the Joint Motion and the applicable law, the Court determines that the Parties' Joint Motion to Stay be GRANTED.

This case, in its entirety, is hereby STAYED.

Defendant's deadline to answer or otherwise responsively plead is extended and stayed.

Within 14 days of the Supreme Court's issuance of its decision in the above-referenced cases, the parties shall file a Joint Status Report in this Court.

Dated February 2, 2017

UNITED STATES DISTRICT JUDGE