United States District Court
Southern District of Texas
**ENTERED**
September 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERMAN SICARD on Behalf of Himself and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-cv-03693 |
| v. | § § | JURY TRIAL DEMANDED |
| NABORS INTERNATIONAL, INC., | § § | |
| Defendant. | § § § | |

### AGREED ORDER AND FINAL JUDGMENT

Pending before this Court is the Parties' Joint Motion to Lift Stay, Approve Settlement and Enter Final Judgment Dismissing Lawsuit with Prejudice. Having considered the Parties' Motion, and having found that the Parties' Settlement is fair and equitable, the Court determines that the Parties' Motion should be granted in all respects. Therefore, the Court

ORDERS that the stay entered in this case be lifted;

ORDERS that the Parties' settlement of the claims asserted herein, by Plaintiff Sherman Sicard against Defendants Nabors International, Inc., arising under the Fair Labor Standards Act, is approved; and

ORDERS that the claims by Plaintiff Sherman Sicard against Defendant Nabors International, Inc., arising under the Fair Labor Standards Act, are dismissed with prejudice, with each party to bear his own costs.

THIS IS A FINAL JUDGMENT.

Signed at Houston, Texas on 26 September, 2019.

_____
United States District Judge